UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HOWARD RICE, | CASE NO. C26-0140JLR |
| Plaintiff, | ORDER |
| v. | |
| GREYSTAR MANAGEMENT SERVICES LP, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Daniel Howard Rice's motion for entry of default.  (Mot. (Dkt. # 12).)  Mr. Rice served Defendant Greystar Management Services LP ("Greystar") on February 3, 2026.  (Aff. (Dkt. # 10).)  Counsel for Greystar appeared on February 17, 2026.  (NOA (Dkt. # 11).)  Mr. Rice moved for entry of default on March 4, 2026.  (Mot.)  Greystar answered Mr. Rice's complaint on March 6, 2026. (Answer (Dkt. # 13).)  In light of the Ninth Circuit's strong policy favoring the resolution of cases on the merits, *see Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986), the

ORDER - 1

court accepts Greystar's late-filed answer and DENIES Mr. Rice's motion for entry of default (Dkt. # 12).

Dated this 6th day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2