UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DANIEL HOWARD RICE, | CASE NO. C26-0140JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GREYSTAR MANAGEMENT SERVICES LP, | |
| Defendant. | |

On April 9, 2026, the court directed the Pro Bono Coordinator to identify counsel from the Pro Bono Panel to represent *pro se* Plaintiff Daniel Howard Rice in this action against Defendant Greystar Management Services LP.  (4/9/26 Order (Dkt. # 17).)  The Pro Bono Coordinator has now identified counsel to represent Mr. Rice.  Therefore, the court GRANTS Mr. Rice's motion for appointment of counsel (Dkt. # 16) and APPOINTS attorneys Juli Farris, Perry Maybrown, and Elizabeth Tarbell of Keller Rohrback LLP, 1201 3rd Avenue, Suite 3400, Seattle, Washington 98101-3052

ORDER - 1

(jfarris@kellerrohrback.com, pmaybrown@kellerrohrback.com, and etarbell@kellerrohrback.com), as pro bono counsel for Mr. Rice pursuant to the Amended Plan of the United States District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions. *See* General Order 07-23.

Counsel are DIRECTED to appear in this matter within seven (7) calendar days. If counsel are unable for a reason set forth in General Order 07-23 to assume this representation, a motion for relief from appointment should immediately be filed with the court.

In the event Mr. Rice prevails in this matter, appointed counsel may move for an award of attorneys' fees under any applicable authority. The court, however, is unable to assure counsel of compensation from any source.

The Clerk is DIRECTED to send a copy of this order to Mr. Rice and to appointed counsel Juli Farris, Perry Maybrown, and Elizabeth Tarbell.

Dated this 24th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2